JS 44 (Rev. 09/19)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

Seneca Insurance Company, Inc.

**(b)** County of Residence of First Listed Plaintiff   Delaware / New York
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Patrick J. Schepens, Matthew M. Williams, 2510 14th Street, Suite 910, Gulfport, MS 39501, Telephone: (228) 214-4250, Facsimile: (228) 214-9650

## DEFENDANTS

RREAF Holdings, LLC, and
Bradford Byram, LLC

County of Residence of First Listed Defendant   Texas
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ❒ 1   U.S. Government Plaintiff
- ❒ 2   U.S. Government Defendant
- ❒ 3   Federal Question *(U.S. Government Not a Party)*
- ☒ 4   Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)*   *and One Box for Defendant)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ❒ 1 | ❒ 1 | Incorporated *or* Principal Place of Business In This State | ❒ 4 | ❒ 4 |
| Citizen of Another State | ❒ 2 | ❒ 2 | Incorporated *and* Principal Place of Business In Another State | ☒ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ❒ 3 | ❒ 3 | Foreign Nation | ❒ 6 | ❒ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☒ 110 Insurance | **PERSONAL INJURY**    **PERSONAL INJURY** | ❒ 625 Drug Related Seizure of Property 21 USC 881 | ❒ 422 Appeal 28 USC 158 | ❒ 375 False Claims Act |
| ❒ 120 Marine | ❒ 310 Airplane    ❒ 365 Personal Injury - | ❒ 690 Other | ❒ 423 Withdrawal 28 USC 157 | ❒ 376 Qui Tam (31 USC 3729(a)) |
| ❒ 130 Miller Act | ❒ 315 Airplane Product    Product Liability | | | ❒ 400 State Reapportionment |
| ❒ 140 Negotiable Instrument | Liability    ❒ 367 Health Care/ | | **PROPERTY RIGHTS** | ❒ 410 Antitrust |
| ❒ 150 Recovery of Overpayment & Enforcement of Judgment | ❒ 320 Assault, Libel &    Pharmaceutical Slander    Personal Injury | | ❒ 820 Copyrights | ❒ 430 Banks and Banking |
| ❒ 151 Medicare Act | ❒ 330 Federal Employers'    Product Liability | | ❒ 830 Patent | ❒ 450 Commerce |
| ❒ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | Liability    ❒ 368 Asbestos Personal ❒ 340 Marine    Injury Product | | ❒ 835 Patent - Abbreviated New Drug Application | ❒ 460 Deportation ❒ 470 Racketeer Influenced and |
| ❒ 153 Recovery of Overpayment of Veteran's Benefits | ❒ 345 Marine Product    Liability Liability    **PERSONAL PROPERTY** | | ❒ 840 Trademark | Corrupt Organizations ❒ 480 Consumer Credit |
| ❒ 160 Stockholders' Suits | ❒ 350 Motor Vehicle    ❒ 370 Other Fraud | **LABOR** | **SOCIAL SECURITY** | (15 USC 1681 or 1692) |
| ❒ 190 Other Contract | ❒ 355 Motor Vehicle    ❒ 371 Truth in Lending | ❒ 710 Fair Labor Standards Act | ❒ 861 HIA (1395ff) | ❒ 485 Telephone Consumer Protection Act |
| ❒ 195 Contract Product Liability | Product Liability    ❒ 380 Other Personal | ❒ 720 Labor/Management | ❒ 862 Black Lung (923) | ❒ 490 Cable/Sat TV |
| ❒ 196 Franchise | ❒ 360 Other Personal    Property Damage Injury    ❒ 385 Property Damage | Relations ❒ 740 Railway Labor Act | ❒ 863 DIWC/DIWW (405(g)) ❒ 864 SSID Title XVI | ❒ 850 Securities/Commodities/ Exchange |
| | ❒ 362 Personal Injury -    Product Liability Medical Malpractice | ❒ 751 Family and Medical Leave Act | ❒ 865 RSI (405(g)) | ❒ 890 Other Statutory Actions ❒ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS**    **PRISONER PETITIONS** | ❒ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ❒ 893 Environmental Matters |
| ❒ 210 Land Condemnation | ❒ 440 Other Civil Rights    **Habeas Corpus:** | ❒ 791 Employee Retirement Income Security Act | ❒ 870 Taxes (U.S. Plaintiff or Defendant) | ❒ 895 Freedom of Information Act |
| ❒ 220 Foreclosure | ❒ 441 Voting    ❒ 463 Alien Detainee | | ❒ 871 IRS—Third Party | ❒ 896 Arbitration |
| ❒ 230 Rent Lease & Ejectment | ❒ 442 Employment    ❒ 510 Motions to Vacate | | 26 USC 7609 | ❒ 899 Administrative Procedure |
| ❒ 240 Torts to Land | ❒ 443 Housing/    Sentence | | | Act/Review or Appeal of |
| ❒ 245 Tort Product Liability | Accommodations    ❒ 530 General | | | Agency Decision |
| ❒ 290 All Other Real Property | ❒ 445 Amer. w/Disabilities -    ❒ 535 Death Penalty Employment    **Other:** | **IMMIGRATION** | | ❒ 950 Constitutionality of State Statutes |
| | ❒ 446 Amer. w/Disabilities -    ❒ 540 Mandamus & Other Other    ❒ 550 Civil Rights | ❒ 462 Naturalization Application ❒ 465 Other Immigration | | |
| | ❒ 448 Education    ❒ 555 Prison Condition | Actions | | |
| | ❒ 560 Civil Detainee -    Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☒ 1 Original Proceeding
- ❒ 2 Removed from State Court
- ❒ 3 Remanded from Appellate Court
- ❒ 4 Reinstated or Reopened
- ❒ 5 Transferred from Another District *(specify)*
- ❒ 6 Multidistrict Litigation - Transfer
- ❒ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 U.S.C. 1331 and 28 U.S.C. 2201, et seq.
Brief description of cause:
Declaratory Judgment on Insurance Contract

## VII. REQUESTED IN COMPLAINT:

❒ CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:   ❒ Yes   ☒ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*
JUDGE _____   DOCKET NUMBER _____

DATE   08/03/2020

SIGNATURE OF ATTORNEY OF RECORD   s/Patrick J. Schepens

**FOR OFFICE USE ONLY**   0538-4345893

RECEIPT #   AMOUNT   APPLYING IFP   JUDGE   MAG. JUDGE