UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

SENECA INSURANCE COMPANY, INC.                                    PLAINTIFF

VS.                                         CIVIL ACTION NO. 3:20-CV-526-KHJ-LGI

RREAF HOLDINGS, LLC AND
BRADFORD BYRAM, LLC                                              DEFENDANTS

## NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that the Plaintiff, Seneca Insurance Company, Inc. ("Seneca"), hereby appeals to the United States Court of Appeals for the Fifth Circuit the Order of this Court dated October 26, 2021 [Rec. No. 34], denying Seneca's Motion for Summary Judgment and granting the Motion for Summary Judgment of RREAF Holdings, LLC and Bradford Byram, LLC.

The Plaintiff timely files its Notice of Appeal within 30 days of the Court's October 26, 2021 Order, as required by 28 U.S.C. § 2107.

Respectfully submitted, this 15th day of November, 2021.

        s/ Patrick J. Schepens
        _____
        PATRICK J. SCHEPENS (#102577)
        MATTHEW M. WILLIAMS (#102541)
        GALLOWAY, JOHNSON, TOMPKINS, BURR & SMITH
        2510 14th Street, Suite 910
        Gulfport, Mississippi 39501
        Telephone: (228) 214-4250
        Facsimile: (228) 214-9650
        **COUNSEL FOR SENECA INSURANCE COMPANY, INC.**

2

### CERTIFICATE OF SERVICE

I, Patrick J. Schepens, one of the attorneys for Seneca Insurance Company, Inc. do hereby certify that I have this date served the above and foregoing upon all counsel of record and interested persons via the Court's ECF filing system.

So certified, this 15th day of November, 2021.

s/ Patrick J. Schepens
_____
PATRICK J. SCHEPENS
