IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

| | |
|---|---|
| SENECA INSURANCE COMPANY, INC. | PLAINTIFF/ COUNTER-DEFENDANT |
| V. | CIVIL ACTION NO. 3:20-CV-00526-KHJ-LGI |
| RREAF HOLDINGS LLC and BRADFORD BYRAM, LLC | DEFENDANTS/ COUNTERCLAIMANTS |

## JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff/Counter-Defendant Seneca Insurance Company, Inc.; Defendant/Counterclaimant RREAF Holdings LLC; and Defendant/Counterclaimant Bradford Byram, LLC hereby jointly stipulate to the dismissal of this action, including all claims and counterclaims, with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). Because this Joint Stipulation of Voluntary Dismissal with Prejudice is signed by all parties who have appeared, it is self-executing in accordance with Fed. R. Civ. P. 41(a)(1)(A)(ii). Each party stipulates and agrees that it shall bear its own costs.

Respectfully submitted this 25th day of August, 2022.

| | |
|---|---|
| **RREAF HOLDINGS, LLC and BRADFORD BYRAM, LLC** | **SENECA INSURANCE COMPANY, INC.** |
| By Their Attorneys JONES WALKER LLP | By Its Attorneys GALLOWAY, JOHNSON, TOMPKINS, BURR & SMITH |
| By: *s/ Andrew S. Harris* ANDREW S. HARRIS | By: *s/ Patrick J. Schepens* PATRICK J. SCHEPENS |
| Andrew S. Harris (MS Bar No. 104289) JONES WALKER LLP 190 E. Capitol St., Suite 800 Jackson, Mississippi 39201 Tel: (601) 949-4900; Fax: (601) 949-4804 aharris@joneswalker.com | Patrick J. Schepens (MS Bar No. 102577) Matthew M. Williams (MS Bar No. 102541) GALLOWAY, JOHNSON, TOMPKINS, BURR & SMITH 2510 14th Street, Suite 910 Gulfport, Mississippi 39501 Tel: (228) 214-4250; Fax: (228) 214-9650 pschepens@gallowaylawfirm.com mwilliams@gallowaylawfirm.com |